THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CULLEN, Appellant.

Submitted February 24, 2014; decided March 27, 2014

Motion for assignment of counsel granted and Philip Rothschild, Esq., Frank H. Hiscock Legal Aid Society, 351 South Warren Street, Syracuse, New York 13202 assigned as counsel to the appellant on the appeal herein.